United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2713

_____

| | | |
|---|---|---|
| Dean Russell Clark, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the District |
| | * | of Minnesota. |
| St. Paul Police Department, sued as | * | |
| City of St. Paul Police, | * | **[UNPUBLISHED]** |
| | * | |
| Appellee. | * | |

_____

Submitted: January 5, 1998
Filed: January 9, 1998

_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Dean Russell Clark appeals from the district court's[1] order dismissing his civil rights action with prejudice pursuant to Fed. R. Civ. P. 37(d) and 41(b). After careful review of the record we conclude that the district court did not abuse its discretion in

_____

[1]The HONORABLE JAMES M. ROSENBAUM, United States District Judge for the District of Minnesota, adopting the report and recommendations of the HONORABLE FRANKLIN L. NOEL, United States Magistrate Judge for the District of Minnesota.

dismissing the action for the reasons it stated.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.